## Commonwealth *v.* Carroll, Appellant.

Argued November 12, 1969. *James F. Toohey*, with him *George W. Schroeck*, and *Quinn, Plate, Gent, Buseck & Leemhuis*, for appellant; *Richard D. Agresti*, Assistant District Attorney, with him *William E. Pfadt*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.